## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BRELAND & FARMER DESIGNERS, INC.                                                    PLAINTIFF

v.                                          NO. 3:09CV00017 JLH

PETE CANCILLA; TIM K. WATSON; JOSH BROWN;
and NATAUSHA BROWN                                                                 DEFENDANTS

### ORDER

The Court's attention has been directed to the fact that separate defendant NATAUSHA BROWN herein is presently proceeding *pro se*.

The purpose of this Order is to direct defendant's attention to the fact that she is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to comply may result in default judgment being entered against her.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the U.S. District Court Clerk for the Eastern District of Arkansas. Defendant is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on separate defendant NATAUSHA BROWN by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 22nd day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE