UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| BRELAND & FARMER DESIGNERS, INC. | § § § | |
| v. | § § § | CA NO: 3:09CV00017JLH |
| PETE CANCILLA, TIM K. WATSON, JOSH BROWN AND TAUSHA VOWELL | § § § | JURY DEMANDED |

## AGREED PERMANENT INJUNCTION AND ORDER DISMISSING CASE

Plaintiff Breland & Farmer Designers, Inc. ("BFD") and Defendants Pete Cancilla,

Josh Brown, Tausha Vowell (Brown) and Tim K. Watson(collectively, "Defendants") have

advised the Court that they have entered into a Settlement Agreement in the above-captioned

case, and pursuant to that agreement have moved the Court to dismiss the case.

Accordingly, the Court FINDS:

1.    That it has jurisdiction over the subject matter and the parties;

2.    BFD is the owner of the architectural work titled "EE-1105," which is attached as
      Exhibit A.

3.    The copyright in the BFD EE-1105 is valid and enforceable.

Accordingly, the Court ORDERS:

1.    The Defendants, their officers, agents, servants, employees, and all persons in active

concert with them who receive actual notice of this Order, are hereby enjoined from:

    (a)    Reproducing, copying, duplicating, making derivatives of, or distributing the BFD EE-1105 without first obtaining and paying a license for such;

    (b)    Reproducing, copying, duplicating, making derivatives of, or distributing any others of BFD's house plans without first obtaining and paying a license for such; and/or

    (c)    Constructing or participating in the construction of any house based on the BFD EE-1105, or any others of BFD's house plans without first obtaining and paying for such license.

2.    The Court finds that Josh Brown and Tausha Vowell Brown have been granted a retroactive license for the home located at 4011 Willow Lane, Paragould, Arkansas. Therefore, any future sale, lease, rental, or other transfer of ownership of the Brown's home, or any activity associated with the sale, lease, or rental of the home, will not constitute infringement of BFD's copyright in EE-1105.

3.    All claims are dismissed with prejudice with respect to all parties, with each party to bear its respective costs and attorney's fees.

4.    The Court shall retain jurisdiction of the case to enforce the terms of the Settlement Agreement and this Order.

SIGNED at ~~Jonesboro~~ *Little Rock*, Arkansas this the 12 day of May, 2010

UNITED STATES DISTRICT JUDGE

AGREED & ENTRY REQUESTED:

Dana LeJune, Esq.

For Breland & Farmer Designers, Inc.

Dated: 5/11/10

Jay Spurlock, Esq.

For Tim K. Watson

Dated: 4/28/2010

Dennis Zolper, Esq.

For Pete Cancilla

Dated: 4/26/2010

Shane Baker, Esq.

For Josh Brown and Tausha V. Brown

Dated:_____



Exhibit A



BRELAND & FARMER DESIGNERS, Inc.



## DOORS

| MARK | SIZE | DESCRIPTION |
| --- | --- | --- |
| 1 | 3'0" x 6'8" x 1 3/4" | "STANLEY" K-1 METAL CLAD INSULATED DOOR |
| 2 | 2'8" x 6'8" x 1 3/4" | "STANLEY" K-4 METAL CLAD INSULATED DOOR W/ INSULATED GLASS |
| 3 | 2'6" x 6'8" x 1 3/8" | INTERIOR FLUSH |
| 4 | 2'0" x 6'8" x 1 3/8" | INTERIOR FLUSH |
| 5 | 2'0" x 4'4" x 1 3/8" | INTERIOR FLUSH |

## WINDOWS

| | | |
| --- | --- | --- |
| A | 3060 | "ALENCO" SERIES 375 ALUMINUM S/H INSULATED |

ALL ALENCO WINDOWS TO HAVE COLONIAL LITES & BRONZE FINISH

## NOTES

EXTERIOR STUDS ARE 2"x6" AT 24" O.C.

INTERIOR STUDS ARE 2"x4" AT 24" O.C.

INSTALL 4 POLYETHYLENE VAPOR BARRIER AS PER CORNICE DETAILS

INSTALL ALL DUCTS BELOW JOIST & VAPOR BARRIER

FURR CEILING IN SHADED AREAS FOR DUCTS

## AREAS

| | |
| --- | --- |
| LIVING AREA | 1168 SQ FT. |
| CARPORT, STORAGE & STOOPS | 316 SQ FT |
| TOTAL | 1484 SQ FT |
| AREAS ABOVE DO NOT INCLUDE BRICK VENEER | |
| LIVING W/ BRICK INCLUDED | 1180 SQ FT |

CABINET ELEVATIONS

SCALE 3/8" = 1'0"

FOUNDATION PLAN

SCALE 1/4" = 1'0"

FLOOR PLAN

SCALE 1/4" = 1'0"

BRELAND & FARMER DESIGNERS, Inc.

DATE 10.28.82

SHEET 2 OF 5

PLAN NO. EE-1105



BRELAND & FARMER DESIGNERS, Inc.






NOTE: SECTIONS NOTED ◯ ARE SAME, BUT W/ 2"x4" STUDS AT 24" O.C. AND WIRING CHANNEL AND SILL SEALER, AND PERIMETER INSULATION OMITTED. INSTALL A SILL SEALER UNDER ALL EXTERIOR SILLS OF HEATED AREA.

## FOUNDATION DETAILS

SCALE 1"=1'-0"

| ELECTRICAL SCHEDULE | |
|---|---|
| SYMBOL | DESCRIPTION |
| | SUSPENDED CEILING FIXTURE |
| | RECESSED CEILING FIXTURE |
| | RECESSED SWIVEL FIXTURE |
| | PULL CHAIN CEILING FIXTURE |
| | WALL MOUNTED FIXTURE |
| | FLUORESCENT FIXTURE |
| | FLOOD LIGHT FIXTURE |
| | 110 VOLT DUPLEX CONVENIENCE OUTLET |
| | 220 VOLT DUPLEX CONVENIENCE OUTLET |
| | WATERPROOF CONVENIENCE OUTLET |
| | SINGLE POLE SWITCH |
| | THREE WAY SWITCH |
| R | RHEOSTAT |
| ▶ | TELEPHONE OUTLET |
| ▷ | TELEVISION OUTLET |
| ⊕ | CEILING EXHAUST FAN |
| ● | CEILING HEAT LAMP |
| | SMOKE DETECTOR |
| | CEILING FAN |

NOTE: CONSTRUCT ALL CABINET DOORS AND SHELVES OF 3/4" PLYWOOD UNLESS OTHERWISE NOTED.

## CABINET DETAILS

SCALE 1/2"=1'-0"

FLITCH PLATE BEAM

## BEAM DETAILS

SCALE 1/2"=1'-0"

## TYPICAL ROOF BRACING

SCALE 3/8"=1'-0"

NOTE: IT IS SUGGESTED THAT MANUFACTURED TRUSSES BE USED IN LIEU OF CONVENTIONAL FRAMING WHERE FEASIBLE. MANUFACTURER TO PROVIDE LAYOUT AND DETAILS.

| TABLE OF CEILING JOISTS | | TABLE OF RAFTERS | |
|---|---|---|---|
| SIZE AND SPACING | MAXIMUM SPAN | SIZE AND SPACING | MAXIMUM SPAN |
| 2"x6" AT 24" O.C. | 10'-5" | 2"x6" AT 24" O.C. | 9'-6" |
| 2"x8" AT 24" O.C. | 13'-9" | 2"x6" AT 16" O.C. | 11'-10" |
| 2"x10" AT 24" O.C. | 17'-7" | 2"x6" AT 12" O.C. | 13'-8" |
| SPANS ARE BASED ON #2-KD SOUTHERN PINE | | | |

## CORNICE DETAIL W/ MASONRY

SCALE 1"=1'-0"

## CORNICE DETAIL W/ SIDING

SCALE 1"=1'-0"

## WALL CONSTRUCTION DETAILS

SCALE 1"=1'-0"

NOTE: INSTALL BACK UP CLIPS AS PER "TECO" SPECIFICATIONS

BRELAND & FARMER DESIGNERS, Inc.

EE-1105

DETAILS

BRELAND & FARMER DESIGNERS, Inc.


